## 23260. WHATLEY v. CITIZENS & SOUTHERN NATIONAL BANK, executor.

STEPHENS, J. An agreement to settle a judgment, made between opposing counsel while a motion for a new trial was pending, where the motion was afterwards dismissed, constituted no ground for an affidavit of illegality to arrest a levy afterwards made to enforce the judgment, where the agreement, which was a settlement of the judgment for an amount less than its face value, was void because of absence of authority in

counsel for the plaintiff in error to agree upon the settlement. The affidavit of illegality was properly stricken.

*Judgment affirmed. Jenkins, P. J., and Sutton, J., concur.*

Decided January 24, 1934.

*C. W. Foy,* for plaintiff in error. *Homer Beeland,* contra.